# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 25 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**JAMES BUSSEY and**
**BRENDA SANDOVAL REY,**
  Plaintiffs,

**Civil Action No.**
**1:24-cv-4968**

vs.

**MCCALLA RAYMER-LEIBERT**
**PIERCE, LLC and BRIANA TOOKES,**
  Defendants,

vs.

**JAMES BUSSEY and BRENDA**
**SANDOVAL REY,**
    Plaintiffs,

vs.

**FAIRWAY INDEPENDENT**
**MORTGAGE CORPORATION,**
**CHRIS SHUMATE, MCCALLA RAYMER-**
**LEIBERT PIERCE LLC C/O BRIANA TOOKES**
    Defendants.

## MOTION TO DISQUALIFY COUNSEL AND LAW FIRM

**COMES NOW,** Plaintiffs James Bussey and Brenda Sandoval Rey, proceeding pro se, and respectfully submits this Motion to Disqualify Attorney William O. Tate and the Law Firm of McCalla Raymer-Liebert Pierce due to their unethical conduct, violations of federal and Georgia

law and conflicts of interest. The conduct of Attorney William O. Tate and McCalla Raymer-Leibert Pierce violates the Fair Debt Collection Practices Act (FDCPA), the Truth in Lending Act (TILA), Georgia statutes, contractual obligations, and the Court's inherent authority to ensure the integrity of judicial proceedings. In support of this Motion, Plaintiff states as follows:

## I. Introduction

This Motion seeks the immediate disqualification of Attorney William O. Tate, acting as both legal counsel and a debt collector and the entire law firm of McCalla Raymer-Liebert, Pierce, LLC due to their unethical conduct, in connection with fraudulent wire transfer documentation, misrepresentation of a bank transaction, and an unlawful mortgage sale, violations of federal and Georgia law, and conflicts of Interest. These actions including violations of the **FDCPA (15 U.S.C. § 1692e(3) and § 1692e(4))**, violations of **TILA (15 U.S.C. § 1601 et seq.)**, These actions, coupled with willful disregard for evidence provided by the Plaintiffs violates the Plaintiffs rights. To preserve the integrity of these proceedings, this Court must disqualify both the attorney and the law firm from continued representation.

## II. Relevant Facts

1. On February 16, 2024, Rosemary Metz of Fairway Independent Mortgage Corporation confirmed via email that Plaintiff's mortgage, executed on March 6, 2023, was sold shortly thereafter to a debt collector, M & T Bank.

2. Under the FDCPA, it is illegal for a collection agency to purchase a debt and subsequently pursue collection activity **(15 U.S.C. § 1692f(1))**. Despite this, Defendant knowingly acted in violation of the FDCPA.

3. Plaintiff submitted a copy of this email as evidence to Defendant's counsel, Briana Tookes, demonstrating the unlawful nature of the mortgage sale. However, Defendant failed to take appropriate action, instead continuing to represent their client despite the clear violations.

4. Additionally, the Defendant's misrepresentation of their role as a legal authority and failure to disclose fraudulent documentation further underscores their noncompliance with federal and state law.

## III. Violations of the Fair Debt Collection Practices Act (FDCPA)

### 1. False Representation of Attorney Involvement (§ 1692e(3))

Defendant Attorney William O. Tate, acting as a debt collector, falsely represented their authority and involvement in legal proceedings. Communications sent to the Plaintiff implied that they were reviewed and authorized by an attorney, despite no substantive legal review occurring. This constitutes a violation **of 15 U.S.C. § 1692e(3).**

- **Case Law Support:**

In *Heintz v. Jenkins,* 514 U.S. 291 (1995), the Supreme Court confirmed that attorneys engaging in debt collection activities are subject to the FDCPA and cannot misrepresent their involvement or legal authority.

## 2. False implications of Legal Consequences (§ 1692e(4))

Defendants also falsely implied that Plaintiff's failure to resolve the alleged debt would result in severe legal consequences, such as property seizure or garnishment, without the intent or legal basis to take such actions. This violates **15 U.S.C. § 1692e(4).**

- **Case Law Support:**

In *Clark v. Capital Credit & Collection Services, Inc.*, 460 F.3d 1162 (9th Cir. 2006), the court emphasized that false threats of legal or financial consequences are prohibited under the FDCPA.

## 3. Illegal Collection Activity (§ 1692f(1))

The sale of the mortgage to a debt collector, followed by attempts to collect the debt, violates **15 U.S.C. § 1692f(1),** which prohibits the collection of unauthorized debts.

## IV. Violations of the Truth in Lending Act (TILA)

Under **TILA (15 U.S.C. § 1601 et seq.),** lenders and those acting on their behalf must provide accurate and transparent disclosures regarding loan terms and transactions. Defendants' Briana Tookes, William O. Tate and McCalla Raymer-Liebert Pierce, LLC failed to identify or disclose fraudulent wire transfer documentation and misrepresented a bank transaction, violating Plaintiff's rights under TILA.

- **Case Law Support:**

In *Barrett v. JP Morgan Chase Bank, N.A.*, 445 F.3d 874 (6th Cir. 2006), the court highlighted that TILA violations involving failure to disclose or misrepresentation of financial transactions harm consumers and are actionable under federal law.

## V. Violations of Georgia State Law

Under the **Georgia Rules of Professional Conduct,** attorneys are required to act with honesty and integrity and avoid conduct prejudicial to the administration of justice. Defendant's Attorney William O. Tate and McCalla Raymer-Leibert Pierce, LLC violated the following Georgia laws and rules:

### 1. Breach of Contract (O.C.G.A. § 13-6-1):

Defendant's sale of the mortgage violated the terms of the original agreement, causing financial and reputational harm to Plaintiff's.

### 2. Georgia Consumer Protection Act (O.C.G.A. § 10-1-390 et seq.)

The Act prohibits unfair or deceptive acts in trade or commerce. Misrepresentation of debt-related transactions and the use of fraudulent documentation are clear violations.

### 3. Geogia Rules of Professional Conduct:

- **Rule 1.7:** Prohibits conflicts of interest that adversely affect client representation.

- **Rule 8.4(a)(4):** Prohibits conduct involving dishonesty, fraud, deceit, or misrepresentation.

- **Case Law Support:**

  In *Cox v. Athens Reg. Med. Ctr., Inc,* 279 Ga. App. 586, 631 S.E.2d 792 (2006), the Georgia Court of Appeals emphasized that deceptive practices violating consumer protection laws warrant judicial scrutiny and corrective action.

## VI.  Grounds for Disqualification of the Entire Law Firm

The misconduct of Defendant William O. Tate extends to the entire law firm of McCalla Raymer-Leibert Pierce, LLC under the following doctrines:

**1. Vicarious Liability:** The law firm is responsible for the unethical actions of its attorney, as these actions occurred within the scope of employment and representation.

**2. Taint Doctrine:** The attorney's misconduct has tainted the proceedings, rendering the firm incapable of continuing its representation without undermining the fairness of the judicial process.

**3. Conflict of Interest:** The firm's continued representation creates a conflict of interest that prejudices the Plaintiff and compromises the integrity of the case.

- **Case Law Support:**

In *Kasis v. Teacher's Ins. & Annuity Ass'n,* 93 N.Y.2d 611 (1999), the court disqualified a law firm due to a conflict of interest and unethical conduct that affected the integrity of the proceedings.

## VII.   Relief Sought

**WHEREFORE,** Plaintiff respectfully requests that this Court:

1. Disqualify Defendant Briana Tookes, Attorney William O. Tate and McCalla Raymer-Leibert Pierce, LLC from representing James Bussey and Brenda Sandoval Rey in this case.

2. Award Plaintiff damages as detailed in the fee schedule and the amended attached complaint for damages.

3. Award compensatory and punitive damages for violations of TILA and fraudulent misrepresentation.

4. Impose sanctions against Attorney William O. Tate and McCalla Raymer-Leibert Pierce, LLC for their unethical conduct.

5. Grant such other relief as the Court deems just and proper.

## VIII. Fee Schedule for Claims and Damages

| Claim | Relevant Statute or Law | Damages Sought |
|---|---|---|
| FDCPA § 1692e(3) | 15 U.S.C. § 1692e(3) | $1,000 statutory damages for false representation of attorney involvement. |
| FDCPA § 1692e(4) | 15 U.S.C. § 1692e(4) | $1,000 statutory damages for false implications of legal consequences. |
| FDCPA § 1692f(1) | 15 U.S.C. § 1692f(1) | $1,000 statutory damages for illegal collection activity. |
| TILA Violation | 15 U.S.C. § 1601 et seq. | $25,000 for financial loss, credit damage, and statutory violations. |
| Fraudulent Misrepresentation | Georgia Common Law | $50,000 in compensatory damages and $150,000 in punitive damages for willful fraud. |
| Georgia Consumer Protection Act | O.C.G.A. § 10-1-390 et seq. | $10,000 compensatory, trebled to $30,000 for willful violations. |
| Breach of Contract | O.C.G.A. § 13-6-1 | $50,000 for financial loss and reputational damage caused by the breach. |

**Total Damages Sought: $313,000**

## IX. Supporting Evidence

**Exhibit No.**                              **Description**

**Exhibit 1**  Email from Rosemary Metz confirming sale of the mortgage to M & T Bank.

**Exhibit 2**  Documentation of the mortgage transaction and sale to M & T Bank.

**Exhibit 3**  Email to Defendant's counsel regarding the unlawful mortgage sale.

**Exhibit 4**  Credit report showing damage caused by these actions.

**Exhibit 5**  Original mortgage agreement demonstrating terms breached by the sale.

**Certificate of Service**

**I hereby certify** that on this 25th day of November 2024, I have served a true and correct copy of the foregoing **Motion to Disqualify Counsel and Law Firm** Defendants Briana Tookes, William O. Tate and McCalla Raymer Leibert Pierce, LLC 1544 Old Alabama Road, Roswell, GA 30076.

I further certify that on this 25th day of November 2024, a copy of this Moton was filed with the Clerk of Court for the United States District Court for the Northern District of Georgia, Atlanta Division, in accordance with the Court's rules and procedures.

**November 25th 2024**

**Respectfully submitted,**

**By:** *James Bussey*
**James Bussey**
**455 Liberty Trace**
**Roswell, Georgia 30076**
**404-993-3925**
JamesBussey72@yahoo.com



### RE: LEGAL DEPT DEBT VALIDATION Loan # 4002218982

From: Rosemary Metz (rosemary.metz@fairwaymc.com)
To: jamesbussey72@yahoo.com
Date: Friday, February 16, 2024 at 06:45 PM EST

Good morning,

Here is a record of the two wires that Fairway sent to the closing agent for the closing of your mortgage loan. Only the amount that gets distributed by the closing agent is wired, which was $355,769.66.

**Confirmation Wire History:**

| Date/Time | User | Type | Amount | | Category | Comments |
|---|---|---|---|---|---|---|
| 03/06/2023 11:51 AM | jennifer.tessmer | Additional Wire | 1,529.55 | | Escrows | N/A |
| 03/03/2023 10:16 AM | bcarroll | Original Wire Amount | 354,240.11 | N/A | N/A | |

Total Wire Amount:      355,769.66
Wire Transfer Amount:   355,769.66

I previously sent you a copy of the Note and there is nothing further I can provide to you from an accounting standpoint as we sold this loan shortly after it closed and took no payments from you.

Thank you and enjoy your weekend.

Rosemary Metz
Corporate Counsel
Fairway Independent Mortgage Corporation
469-200-4180
Rosemary.metz@fairwaymc.com

currently residing at
2100 WHITESTONE PL, ALPHARETTA, GEORGIA 30005

Borrower is the grantor under this Security Instrument.

(B) "Lender" is
FAIRWAY INDEPENDENT MORTGAGE CORPORATION

Lender is a CORPORATION organized and existing under the laws of THE STATE OF TEXAS . Lender's address is 4201 MARSH LANE, CARROLLTON, TX 75007
The term "Lender" includes any successors and assigns of Lender.

(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

Documents
(D) "Note" means the promissory note dated MARCH 06, 2023 , and signed by each Borrower who is legally obligated for the debt under that promissory note, that is in either (i) paper form, using Borrower's written pen and ink signature, or (ii) electronic form, using Borrower's adopted Electronic Signature in accordance with the UETA or E-SIGN, as applicable. The Note evidences the legal obligation of each Borrower who signed the Note to pay Lender
THREE HUNDRED SIXTY ONE THOUSAND & NO/100

Dollars (U.S. $361,000.00 ) plus interest. Each Borrower who signed the Note has promised to pay this debt in regular monthly payments and to pay the debt in full not later than APRIL 01, 2053 .

(E) "Riders" means all Riders to this Security Instrument that are signed by Borrower. All such Riders are incorporated into and deemed to be a part of this Security Instrument. The following Riders are to be signed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider  ☐ Condominium Rider
☐ 1-4 Family Rider  ☐ Planned Unit Development Rider
☐ Second Home Rider  ☐ VA Rider
☒ Other(s) [specify] GEORGIA ACKNOWLEDGEMENT OF BORROWER'S RIGHTS RIDER

(F) "Security Instrument" means this document, which is dated MARCH 06, 2023 , together with all Riders to this document.

Additional Definitions
(G) "Applicable Law" means all controlling applicable federal, state, and local statutes, regulations, ordinances, and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

1340506699
GEORGIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS   Form 3011   07/2021
FAIRWAY INDEPENDENT MORTGAGE CORPORATION - NMLS 2289                           Page 2 of 22



REPRESENTATION OF PRINTED DOCUMENT


**Lakeview**
Subserviced by M&T Bank

April 7, 2023



8-750-44823-0000157-001-1-010-010-000-000
JAMES LEE BUSSEY
BRENDA SANDOVAL-REY
455 LIBERTY TRCE
ROSWELL GA 30076-1776

## Welcome!

Your mortgage servicing company has changed to M&T.

See details below.

**Your new mortgage account number is: 4002218982**

Dear James Lee Bussey and Brenda Sandoval-Rey:

Welcome to M&T! Effective with your May 1, 2023 payment, Fairway Independent Mortgage Corporation will transfer the servicing of your mortgage to Lakeview Loan Servicing, LLC, who in turn chose M&T to provide the day-to-day servicing of your mortgage on its behalf. We look forward to working with you to protect the important financial asset that is your home.

### How does this change affect me?

The terms of your mortgage remain the same. If you have been making mortgage payments automatically through an online banking service or other provider, you will need to update the payee information. We've included a payment coupon below for your May 1, 2023 payment. If you have a payment due prior to May 1, 2023 please remit it to Fairway.

You can automatically deduct (ACH) your monthly payment from the account of your choice through M&T. Below are options we offer for ACH enrollment:

- Enroll in M&T Online Banking at **onlinebanking.mtb.com**
- Call 1-866-820-1668 to request an Automatic Payment Enrollment form be mailed to you

If you do not enroll in ACH, please use the payment coupon provided with your monthly billing statements when making your payments.

If you prefer to pay on a weekly, bi-weekly or semi-monthly schedule, go to mtb.com/achenroll to enroll in M&T's Flexible payment service.

### Who is M&T?

For more than 160 years, M&T has helped people and businesses manage their money and make sound financial decisions, so they can live better today and realize their goals for tomorrow. In addition to being one of the 20 largest independent holding companies in the U.S., we have consistently demonstrated our commitment to our customers and the communities we serve. You'll also have the confidence of working with one of the nation's most financially secure banking institutions. To learn more about M&T, visit us at **mtb.com** and click on "About M&T".

*(over, please)*

---

### ONE-TIME PAYMENT COUPON

4002218982 0287158 0287158

Enclose your check in the envelope provided or mail it to:

M&T BANK
PO BOX 62182
BALTIMORE, MD 21264-2182

Please make your check payable to M&T Bank.

| LOAN NUMBER | DUE DATE | TOTAL PAYMENT |
|---|---|---|
| 4002218982 | 05/01/2023 | $2,871.58 |

⑆5730⑆0000⑆   4002218982⑈

Personal Credit Report for:
**JAMES BUSSEY**



File Number:
**352525648**

Date Created:
**11/23/2024**

Visit **transunion.com/dispute** to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

# Personal Information

You have been on our files since 05/01/1995. Your SSN has been masked for your protection.

**Credit Report Date**

11/23/2024

**Social Security Number**

XXX-XX-7965

**Date of Birth**

04/30/1972

**Name**

JAMES LEE BUSSEY

## Also Known As

**AKA**

JAMES MARIANA BUSSEY

**AKA**

JAMES LEE BUSSEY

## Addresses

**Current Address**

455 LIBERTY TRCE ROSWELL, GA 30076-1776

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

| Account Name | Account Number | Balance | Monthly Payment |
|---|---|---|---|
| BOMBARDIER/CBNA | 603543132271**** | $2,526 | $183 |
| DELTA COMMUNITY CU | 118125666**** | $9,015 | $262 |
| DELTA COMMUNITY CU | 118125666**** | $53,909 | $869 |
| M & T BANK | 738400221**** | $382,492 | $2,871 |
| SYNCB/PPC | 604419216386**** | $2,044 | - - - |

Exhibit 4

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

| Account Name | Account Number | Balance | Monthly Payment |
|---|---|---|---|
| BANK OF AMERICA | 440066336092**** | $0 | - - - |
| DELTA COMMUNITY CU | 116626224**** | $10,197 | $193 |
| DELTA COMMUNITY CU | 118125666**** | $21,660 | $591 |
| DELTA COMMUNITY CU | 118125666**** | $0 | $0 |
| DELTA COMMUNITY CU | 116626224**** | $0 | $0 |
| DELTA COMMUNITY CU | 116626224**** | $0 | $0 |
| DELTA COMMUNITY CU | 116626224**** | $0 | $0 |
| SYNCB/MUSICIAN'S FRIENDS | 602052290335**** | $0 | - - - |

## Inquiries

### Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

| Name | Requested On |
|---|---|
| GRANITE BAY ACCEPTANCE C | 09/30/2024, 08/27/2024, 07/30/2024, 06/11/2024 |
| ONE CAPITAL LENDING | 09/29/2024 |
| TAB/MISSION LANE | 09/22/2024 |
| IR/ROCKETSHIP FINANCIAL CORP. | 08/26/2024, 07/01/2024, 06/05/2024 |
| IR/SMART MONEY CAPITAL | 08/21/2024, 07/31/2024 |

5:27

Google

is it illegal for a debt collector to b

All Shopping Videos News Images Books M

Although it's illegal for a collection agency to buy your debt and come after you, communication and contact restrictions are still in place. Debt collection regulations have been implemented to protect consumers and ensure fair practices by collection agencies.

https://warelawfirm.com › Blog

Is It Illegal for a Collection Agency to Buy Your Debt and Come After You?

About featured snippets Feedback

People also ask

Do I have to pay a debt if it has been sold?

Can you dispute a debt if it was sold to a collection agency?

What are 2 th Copy text from image not

Share Edit Lens Delete

